# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| ELMER DANIEL RABANALES-PEREZ | ) Case No.: 6:25-mj- 1093 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   September 8, 2022   in the county of   Seminole   in the
Middle   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal reentry |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Edward Kupchick, Border Patrol Agent
*Printed name and title*

Sworn to before me over video conference and
signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: 1/31/2025

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

City and state:   Orlando, FL

STATE OF FLORIDA                      CASE NO. 6:25-mj- 1093

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Edward Kupchick III, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), formerly known as the Immigration and Naturalization Service ("INS"). I have been so employed since August 26, 2013. I am currently assigned to the Orlando, Florida, Border Patrol Station. In my capacity as a Border Patrol Agent, I am charged with the enforcement of Titles 8, 19, 21 and 18 of the United States Code. I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth

only those facts I believe are necessary to establish probable cause that the below listed individual committed a violation of 8 U.S.C. § 1326(a), illegal reentry by a previously deported alien.

## PROBABLE CAUSE

3. On September 8, 2022, the United States Border Patrol was contacted by the Federal Bureau of Investigation (FBI) in Orlando, Florida.[1] The FBI had made contact with several subjects at a warehouse in Casselberry, Florida. During their investigation, the FBI gathered personal identifying information (name, date of birth, place of birth, etc.), photographs, and fingerprints of several subjects and subsequently shared that information with CBP. One of those people was ELMER DANIEL RABANALES-PEREZ (RABANALES-PEREZ), who was released prior to U.S. Border Patrol Agents arriving on scene at the warehouse.

4. CBP record checks on RABANALES-PEREZ[2] confirmed that he is a citizen of Mexico with no lawful immigration status in the United States. RABANALES-PEREZ has an alien file, under his unique alien number (A#XXX XXX 905), containing all of his immigration history.

---

[1] Orlando is in Orange County, within the Middle District of Florida.

[2] DOB: XX/XX/1983, Alien number XXX XXX 905, FBI number xxxxxxxTH

5. Photographs and fingerprints in the alien file matched photographs and fingerprints of RABANALES-PEREZ taken at the scene by the FBI at the warehouse in Casselberry, Florida.

6. Documents in the alien file also show that RABANALES-PEREZ has previously been ordered deported/removed from the United States to Mexico by a designated official on May 2, 2017. RABANALES-PEREZ was physically deported/removed from the United States to Mexico on May 4, 2017, through Hidalgo, Texas. RABANALES-PEREZ was again apprehended on August 29, 2017, in the United States and was convicted of 8 USC § 1325. The previous order of removal was reinstated on August 30, 2017, and he was again physically removed on September 28, 2017, through Nogales, Arizona. There is no record of RABANALES-PEREZ ever applying to the Attorney General of the United States, and/or the U.S. Secretary of the Department of Homeland Security, for permission to re-enter the United States after RABANALES-PEREZ's prior deportation/removal.

7. On January 30, 2025, U.S. Border Patrol was notified that RABANALES-PEREZ had been arrested in Orange County, Florida for Driving Under the Influence and Driving without a License. Based on the foregoing, I believe that there is probable cause that Elmer Daniel RABANALES-PEREZ was deported and removed from the United States

and entered or was found to be voluntarily in the United States thereafter, in violation of 8 U.S.C. § 1326(a). Therefore, I respectfully request that the Court issue the attached criminal complaint charging ELMER DANIEL RABANALES-PEREZ with the aforementioned federal offense.

This concludes my Affidavit.

Edward Kupchick III
Border Patrol Agent

Affidavit submitted by email and
attested to me as true and accurate via
Video conference and/or telephone
Consistent with Fed. R. Crim. P. 4.1 and
41(d)(3), before me this 31st day of
January, 2025.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE